FRED LEOPOLD FEIBEL AND JAMES ARTHUR McCULLY, Appellants, v. SHERIFF, ESMERALDA COUNTY, NEVADA, Respondent.

No. 8644

February 27, 1976                    546 P.2d 1003

*Harry E. Claiborne* and *James J. Brown,* Las Vegas, for Appellants.

*Robert List,* Attorney General, Carson City; and *Alan R. Harter,* District Attorney, Esmeralda County, for Respondent.

## OPINION

*Per Curiam:*

This appeal challenges the sufficiency of the evidence to warrant prosecution of Fred Leopold Feibel and James Arthur McCully for the crime of unlawfully employing, inducing or using a minor to transport or carry a controlled substance (marijuana), a felony under NRS 453.401(2).

The only probative evidence of record, suggesting such a crime occurred, is that after an automobile (camper) accident appellant McCully placed a quantity of marijuana in his eleven (11) year old son's suitcase, which contained clothes belonging to both McCully and to his son; and, that McCully then placed the suitcase in an inconspicuous place beneath a bed in the camper.

Deeming this evidence insufficient to hold Feibel and McCully for trial on the charged offense, we reverse with instructions to grant the petition for a writ of habeas corpus,

without prejudice to such rights as the state may have to initiate other proper charges. Cf. Hammond v. Sheriff, 91 Nev. 176, 532 P.2d 1030 (1975).